UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARYANN VARNADOE,

    Plaintiff,

v.    Case No: 8:20-cv-629-T-36CPT

MULTIPLE INNOVATIONS TO
RECOVERY LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 10). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 10).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 19, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record